IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PATSY T. CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:12-0949 |
| ) | Judge Sharp |
| HUMANA INSURANCE COMPANY ) | Magistrate Judge Griffin |
| A/K/A AND D/B/A HUMANA ) | |
| HEALTH PLAN INC. ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF SUBSTITUTION

Plaintiff Patsy T. Canon ("Plaintiff" or "Canon") and Defendant Humana Insurance Company ("Humana") hereby agree that the proper defendant in this case is Humana Insurance Company. Accordingly, the Clerk is directed to terminate Humana Insurance Company a/k/a and d/b/a Humana Health Plan, Inc. as the defendant in this case and to substitute therefor Humana Insurance Company.

**IT IS SO ORDERED.**

_____
JULIET GRIFFIN
United States Magistrate Judge

**APPROVED FOR ENTRY:**

*/s/ Hans P. Schmidt*
Hans P. Schmidt (BPR # 028108)
211 Commerce Street
Suite 800
Nashville, Tennessee 37201
(615) 726.5624 (telephone)
(615) 744.5624 (facsimile)
hschmidt@bakerdonelson.com
*Counsel for Defendant*

*/s/ Van French*
Van French (BPR #6922)
2550 Meridian Blvd., Suite 200
Franklin, TN 37067
(615) 567-8073 (tel.)
vanfrnch@gmail.com

*Counsel for Plaintiff*

This the 10th day of December 2012.