IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATSY T. CANON[1]    )
         )  No. 3-12-0949
v.        )
         )
HUMANA INSURANCE COMPANY )
a/k/a and d/b/a Humana Health Plan, )
Inc.[2]       )

O R D E R

As the parties proposed in their joint status report filed on December 10, 2012 (Docket Entry No. 13), and as provided in the order entered December 18, 2012 (Docket Entry No. 16), the parties were to file another joint status report by January 14, 2013.

However, no status report has been filed. As a result, the time for the parties to file a joint status/mediation report is extended to January 30, 2013. In their status/mediation report, the parties shall advise whether they have explored the possibility of settlement and, if they have reached a settlement, when they will file an agreed order or stipulation of dismissal, and, if they have not reached a settlement, whether they believe that the potential for settlement remains and, if so, whether they believe that they will be able to reach a resolution of the case themselves and, if not, whether they believe that private mediation or a settlement conference would be productive.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered November 8, 2012 (Docket Entry No. 12), Patsy T. Cannon was terminated as the plaintiff and Patsy T. Canon substituted therefor.

[2] By order entered December 18, 2012 (Docket Entry No. 17), Humana Insurance Company was substituted for defendant Humana Insurance Company a/k/a and d/b/a Humana Health Plan, Inc.