IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PATSY T. CANNON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No.3:12-0949 |
| | ) Judge Sharp |
| HUMANA INSURANCE COMPANY | ) Magistrate Judge Griffin |
| A/K/A AND D/B/A HUMANA | ) |
| HEALTH PLAN INC. | ) |
| | ) |
| Defendant | ) |

## STIPULATION AND ORDER OF DISMISSAL

Came the parties, by their attorneys, and announced to the Court that all matters here in controversy between the parties have been comprised and settled out of Court, and that the Plaintiff, for valuable consideration, has executed a release in full and final settlement of all her claims against the Defendant arising out of the matters here in controversy. It is therefore:

ORDERAEAD, ADJUDGED AND DECREED by the Court that this cause be, and the same hereby is, dismissed with full prejudice to the Plaintiff, and the costs are taxed against the Defendant for which execution may issue, if necessary.

ENTER this J c@̸̸̸̸̸̸̸̸̸̸̸T æ̂ _____, 2013.

_____
JUDGE

APPROVED FOR ENTRY:

By: _____
Van French (BPR# 6922)
2550 Meridian Blvd., Suite 200
Franklin, TN 37067

(615) 567-8073 (telephone)
(615) 567-8074 (facsimile)
vanfrnch@gmail.com
Attorney for Plaintiff

_____

Hans P. Schmidt (BPR# 028108)
211 Commerce Street
Suite 800
Nashville, TN. 37201
(615) 726-5624 (telephone)
(615) 744-5624 (facsimile)
hschmidt@bakerdonelson.com
Counsel for Defendant